UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Mag. Judge Case No. 05m-217-JLA |
| v. ) | |
| ) | |
| WILFREN ALEXI DIAZ ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Paul Holey, Task Force Agent, Drug Enforcement Administration, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one WILFREN ALEXI DIAZ on an indictment filed in the Southern District of New York charging the defendant with conspiracy to distribute and possess with intent to distribute narcotics, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Copies of said warrant and indictment are attached.

Paul Holey
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 8th day of April, 2005.

Joyce London Alexander
United States Magistrate Judge

CR 12 (REV 6/93)

# WARRANT FOR ARREST

05m-217-JLA

## United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

**DOCKET NO:** S5 04 CRIM.

**MAGISTRATE'S CASE NO:** 0937

UNITED STATES OF AMERICA

v.

WILFREN ALEXI DIAZ

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**
WILFREN ALEXI DIAZ

**WARRANT ISSUED ON THE BASIS OF:**
☐ Order of Court
XX Indictment  ☐ Information  ☐ Complaint

**DISTRICT OF ARREST:**

**TO:** ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to distribute and possess with intent to distribute narcotics

**IN VIOLATION OF UNITED STATES CODE TITLE** 21 **SECTION** 846

**BAIL:** **OTHER CONDITIONS OF RELEASE:**

ORDERED BY: GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE):** /s/ Gabriel W. Gorenstein

**CLERK OF COURT** (BY) DEPUTY CLERK

**DATE ORDERED:** MAR 01 2005

**DATE ISSUED:**

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA    :     **SEALED**
                                  **INDICTMENT**
         - v. -             :
                                  S5 04 Cr. 937 (NRB)
CHRISTOPHER P. PEREZ,       :
     a/k/a "Cross,"
SONNI CRUZ,                 :
     a/k/a "Bari,"
JORGE GOYTIA,               :
     a/k/a "Canita,"
     a/k/a "Joselito,"      :
FRANCISCO ROSADO-GONZALEZ,
     a/k/a "Alfredo,"       :
CARLOS MEDINA,
     a/k/a "Tocayo," and    :
WILFREN ALEXI DIAZ,
                            :

         Defendants.        :
- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1. From in or about June 2004 through in or about September 2004, in the Southern District of New York and elsewhere, CHRISTOPHER P. PEREZ, a/k/a "Cross," SONNI CRUZ, a/k/a "Bari," JORGE GOYTIA, a/k/a "Canita," a/k/a "Joselito," FRANCISCO ROSADO-GONZALEZ, a/k/a "Alfredo," CARLOS MEDINA, a/k/a "Tocayo," WILFREN ALEXI DIAZ, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of said conspiracy that CHRISTOPHER P. PEREZ, a/k/a "Cross," SONNI CRUZ, a/k/a "Bari,"

JORGE GOYTIA, a/k/a "Canita," a/k/a "Joselito," FRANCISCO ROSADO-GONZALEZ, a/k/a "Alfredo," CARLOS MEDINA, a/k/a "Tocayo," WILFREN ALEXI DIAZ, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

## OVERT ACTS

3. In furtherance of the conspiracy and to effect its illegal object, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about July 11, 2004, SONNI CRUZ, a/k/a "Bari," the defendant, spoke on the telephone about a shipment of cocaine that was coming to Chicago and New York.

   b. On or about July 12, 2004, SONNI CRUZ, a/k/a "Bari," the defendant, spoke on the telephone with FNU LNU, a/k/a "Frank," about the collection of narcotics proceeds and a shipment of narcotics in Chicago.

   c. On or about July 14, 2004, FRANCISCO ROSADO-GONZALEZ, a/k/a "Alfredo," the defendant, spoke on the telephone about a shipment of cocaine that would be arriving in New York and the collection of narcotics proceeds.

   d. On or about July 23, 2004, Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El

Negro," a/k/a "Amigo," spoke on the telephone with SONNI CRUZ, a/k/a "Bari," the defendant, about the status of the delivery of a shipment of narcotics that CRUZ wanted to purchase from Chaidez-Esparza.

   e. On or about July 30, 2004, Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El Negro," a/k/a "Amigo," spoke on the telephone with SONNI CRUZ, a/k/a "Bari," the defendant, and a co-conspirator not named as a defendant herein, about CRUZ's purchase of narcotics from Chaidez-Esparza.

   f. On or about August 16, 2004, CHRISTOPHER P. PEREZ, a/k/a "Cross," the defendant, and Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El Negro," a/k/a "Amigo," spoke on the telephone about PEREZ's purchase of 600 kilograms of cocaine in Chicago, Illinois.

   g. On or about August 16, 2004, WILFREN ALEXI DIAZ, the defendant, spoke on the telephone about the purchase of cocaine in California.

   h. On or about August 17, 2004, JORGE GOYTIA, a/k/a "Canita," a/k/a "Joselito," the defendant, spoke on the telephone about the purchase of cocaine.

   i. On or about August 23, 2004, Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El Negro," a/k/a "Amigo," spoke on the telephone with CARLOS MEDINA, a/k/a "Tocayo," about meeting with CHRISTOPHER P. PEREZ, a/k/a

"Cross," the defendant, and Rigoberto Martinez, about a narcotics transaction.

j.  On or about August 23, 2004, CHRISTOPHER P. PEREZ, a/k/a "Cross," the defendant, murdered Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El Negro," a/k/a "Amigo," and ordered the murder of Chaidez-Esparza's associate, Rigoberto Martinez.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.  On or about August 23, 2004, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, the narcotics conspiracy charged in Count One of this Indictment, CHRISTOPHER P. PEREZ, a/k/a "Cross," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed and caused the intentional killing of Miguel Angel Chaidez-Esparza, a/k/a "Noe Alfredo Castro-Loera," a/k/a "El Negro," a/k/a "Amigo."

(Title 21, United States Code, Section 848(e)(1)(A).)

## FORFEITURE ALLEGATIONS AS TO COUNT ONE

5.  As a result of committing one or more of the controlled substance offenses alleged in Count One of this Indictment, CHRISTOPHER P. PEREZ, a/k/a "Cross," SONNI CRUZ, a/k/a "Bari," JORGE GOYTIA, a/k/a "Canita," a/k/a "Joselito," FRANCISCO ROSADO-GONZALEZ, a/k/a "Alfredo," CARLOS MEDINA, a/k/a

"Tocayo," WILFREN ALEXI DIAZ, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to the following:

      a.   A sum of money equal to $10,000,000 in United States currency, representing the amount of proceeds obtained as a result of the offenses described in Count One of this Indictment.

    6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third person;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

 (Title 21, United States Code, Sections 841(a)(1) and 853.)


_____  3/1/05    _____
FOREPERSON                           DAVID N. KELLEY
                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

CHRISTOPHER P. PEREZ,
a/k/a "Cross,"
SONNI CRUZ,
a/k/a "Bari,"
JORGE GOYTIA,
a/k/a "Canita,"
a/k/a "Joselito,"
FRANCISCO ROSADO-GONZALEZ,
a/k/a "Alfredo,"
CARLOS MEDINA,
a/k/a "Tocayo," and
WILFREN ALEXI DIAZ,

**INDICTMENT**

S5 04 Cr. 937 (NRB)

(Title 21, United States Code,
Section 846.)

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

_____
Foreperson.          3/1/05



Home » RMV CJIS Queries » Name/DOB Search Results » License Details

# License Details for 582712065          [Print Details]

**License No.:** 582712065    **Status:** ACT/NRE    **State:** MA    **SSN:** 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

### Person Information
**Last:** DIAZ        **First:** WILFREN    **Middle:** A        **DOB:** 03/28/1973
**Sex:** M           **Height:** 6' 01"    **Organ Donor:** N

### Address Information
**Mailing:** 38 BASSWOOD ST 3RD FLOOR                **Apt.:**
**City:** LAWRENCE       **State:** MA   **Zip:** 01841

**Residential:**                                     **Apt.:**
**City:**           **State:**      **Zip:**

[View Larger Image]

### Previous Names
**Last:**       **First:**      **Middle:**         **DOB:**

### Additional Data
**Driver's Ed.:**   **Military:** N    **Mab:** N          **Cdl:**
**Restrictions:**                      **Start Time:**     **End Time:**
**Type:** L         **Class:** D       **Issue Date:** 01/14/2002    **Exp. Date:** 03/28/2006

• Terms of Use                                       © 2003 Criminal History Systems Board

The information contained in this database is protected by federal law. Law enforcement agencies, criminal justice agencies and courts are allowed access in carrying out their official functions. By logging on I acknowledge that I am accessing this information for official duties and that improper access may violate state and federal law.

Governor: Mitt Romney
Secretary of Public Safety: Edward A. Flynn
Executive Director, CHSB: Barry J. LaCroix