## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: JLA | Date: 4/8/05 |
| Courtroom Clerk: Quinn | Tape Number: DR. |
| Case: USA v. Wilfren Alex Diaz | Case Number: 05m-217-JLA |
| AUSA: Glen MacKenlay | Defense Counsel: Paul Smoldsen |
| PTSO/PO: | Interpreter: Deborah Huacuja |

Rule 5

### TYPE OF HEARING

[X] **Initial Appearance**
[X] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[ ] Requests Counsel
[X] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[X] Government Requests Detention & Continuance
[ ] Defendant Released on _____ with conditions
[ ] Defendant Consents to Voluntary Detention

[ ] Arrested on Warrant issued On _____
[ ] Arrested on Probable Cause On _____

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____

[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Bail Revocation Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[ ] INITIAL STATUS CONFERENCE    [ ] FINAL STATUS CONFERENCE

### CONTINUED PROCEEDINGS

Detention Hearing/Conference set for 4/13/05 at 3:30pm

### REMARKS

Rule 5
US MJ Alexander informs D of his Rule 5 rights; Gov't moves for detention and 3day continuance; D ordered detained pending hearing on 4/13/05 @ 3:30pm

(N:\TOM\Docs\CrCtNoteMJ.wpd)