AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

Wilfren A. Diaz

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: ???

I, _Wilfren Diaz_, charged in a (complaint) (petition) pending in this District with _Conspiracy to distribute & possess with intent to distribute narcotics_ in violation of Title _21_, U.S.C., _812, 841(a)(1), 841(b)(1)(A), 853_; and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Wilfren A Diaz_
Defendant

4/13/05
Date

_[signature]_
Counsel for Defendant

