AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

U.S.
v.
Diaz

**APPEARANCE**

Case Number: mj05-m-217 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Wilfren Alipi Diaz_

I certify that I am admitted to practice in this court.

Date: 4/13/05

Signature: _[signed]_

Print Name: Carl Donaldson      Bar Number: 645384

Address: 11 Beacon St. #600

City: Boston   State: MA   Zip Code: 02108

Phone Number: 617-742-0474    Fax Number: 617-742-0353